AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Katharine Hemann | Telephone: (989) 895-5712 |
| Special Agent: | Scott Engelby | Telephone: (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Aaron Thomas,

Case: 1:25-mj-30598
Judge: Morris, Patricia T.
Filed: 09-22-2025

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2025__ in the county of __Saginaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2251(a) | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent, Scott Engelby  FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 22, 2025

*Judge's signature*

City and state: Bay City, Michigan

Hon. Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Scott Engelby, being duly sworn, do hereby state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am presently assigned to the FBI's Detroit Field Office, Bay City Resident Agency. I work on a variety of criminal matters including the investigation of violent crimes and crimes against children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

2. This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Aaron Marquis Thomas (DOB XX-XX-1995) in violation of 18 U.S.C. § 2251(a) sexual exploitation of a minor.

3. The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements of witness, information supplied by other local and federal law enforcement officers

and through other investigative activity. The information in this affidavit is included for the limited purpose of showing probable cause and this affidavit does not contain all the information related to this investigation.

## **PROBABLE CAUSE**

4. On February 27, 2025, Carrollton Township Police became aware of a sexual relationship involving MV1 and Aaron Marquis Thomas DOB XX/XX/1995. Consent was given by the father of MV1 for the school resource officer to search the contents of MV1's cellular device. While searching the device, the Carrollton Township School Resource Officer viewed a video with an African American adult male inserting his penis into MV1's mouth repeatedly. MV1 identified herself in the video and the adult male to be Aaron Thomas. MV1 stated the incident took place at her residence which is in the Eastern District of Michigan on or about February 6, 2025.

5. A second video on the device belonging to MV1 was also observed by the Carrollton Township School Resource Officer. In the second video, Thomas can be setting up a cellphone pointed towards a mirror. Within the reflection of the mirror, Thomas appears to be naked and can be seen behind MV1 moving his hips in a back-and-forth motion towards MV1's buttocks area. MV1 confirmed this incident, which also occurred at her residence in the Eastern District of Michigan,

on or about February 6, 2025, was sexual intercourse in which Thomas was penetrating her vagina with his penis and that he did film it.

6. MV1's cellular phone was forensically analyzed. I have reviewed the contents of the device, and the videos previously described were on the device. I reviewed those videos and determined them to be consistent with the definition of federal child pornography, as defined under 18 USC § 2256(8).

7. During the interview MV1 stated that she had told Thomas she was 15 years old prior to February 6, 2025. MV1 stated Thomas had sent those videos to her in a text message. I have reviewed those messages and confirmed the two previously described videos were sent to MV1 by a phone number which MV1 associates Thomas as being the owner of.

8. Further, State of Michigan Law Enforcement searches were conducted which showed an Aaron Marquis Thomas, DOB XX-XX-1995, maintains a current Michigan driver's license.  Upon review of his Michigan driver's license image, I observed that Aaron Marquis Thomas, DOB XX-XX-1995, is the same individual seen in the videos from MV1's phone.

## CONCLUSION

9. Based upon the above information, I respectfully submit that there is probable cause to believe that Aaron Marquis Thomas has violated 18 U.S.C. § 2251(a) sexual exploitation of a minor.

_____
Scott Engelby
Special Agent, FBI

Sworn to and subscribed before me and/or by reliable electronic means on

__September 22, 2025_____ .

_____
Hon. Patricia T. Morris
United States Magistrate Judge